**Frank A. ROBINSON, Plaintiff— Appellant,**

v.

**Helen F. FAHEY, Chairman of the Virginia Parole Board; David Harker, Vice–Chairman, Virginia Parole Board; Carol Ann Sievers, Member, Virginia Parole Board, Defendants— Appellees.**

No. 05–6866.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2006.

Decided April 6, 2006.

Frank A. Robinson, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank A. Robinson appeals the magistrate judge's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders on the reasoning of the magistrate judge. *See Robinson v. Fahey,* No. CA–04–149–3–DGL (E.D. Va. April 15 & 21, 2005).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to jurisdiction of the magistrate judge under 28 U.S.C. § 636(c).